1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DANIEL MCNEIL,

11              Plaintiff,                    No.  2:13-cv-0044 CKD P

12          vs.

13    SOLANO COUNTY
      DETENTION FACILITIES,
14

15              Defendant.                    ORDER

16    _____/

17              Plaintiff is a California prisoner proceeding pro se with an action for violation of

18    civil rights.  Plaintiff has consented to have a magistrate judge conduct all proceedings in this

19    case.  See 28 U.S.C. § 636(c).  By order filed February 14, 2013, plaintiff's complaint was

20    dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period

21    has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

22    /////

23    /////

24    /////

25    /////

26    /////

                                        1

1   court's order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2   prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated: April 2, 2013

4

5                              CAROLYN K. DELANEY
                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9   1
  mcne0044.dis

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2