IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MCNEIL,

      Plaintiff,                      No.  2:13-cv-0044 CKD P

      vs.

SOLANO COUNTY
DETENTION FACILITIES,

      Defendant.                <u>ORDER</u>

                       /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights. Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. <u>See</u> 28 U.S.C. § 636(c). By order filed February 14, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

/////
/////
/////
/////
/////

1

1 court's order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 2, 2013

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mcne0044.dis